No. 94–8021.  HILL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8022.  POLLARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–8023.  POPE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8027.  SCHWEMBERGER *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–8028.  HOWARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8030.  MARTINEZ-CIGARROA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–8031.  MITCHELL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8040.  BORGES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8041.  BALLESTEROS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8043.  CONNER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8047.  RODRIGUEZ ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8048.  OCHOA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–8049.  LOMBARDO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–8052.  YOUNG *v.* UNITED STATES; and
No. 94–8053.  GREIDER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8058.  REED *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.